454 A.2d 174

Commonwealth v. Sanders, Appellant.

■■■■■■■■■■■■■■■■■■■■ Submitted June 13, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and LIPEZ, JJ.

The judgment of sentence of the lower court is affirmed.